1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Criminal Chief

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3740
7       Facsimile:  (510) 637-3724
        E-Mail:     Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13 UNITED STATES OF AMERICA,         )    No. 4-11-70780-MAG
                                     )    No. 4-11-70781-MAG
14              Plaintiff,           )
                                     )    STIPULATION AND [PROPOSED]
15      v.                           )    ORDER TO CONTINUE STATUS
                                     )    CONFERENCE AND EXCLUDE TIME
16 EDUARD ARAKELYAN, and             )    UNDER THE SPEEDY TRIAL ACT
   ARMAN VARDANYAN,                  )
17                                   )
                Defendants.          )
18 _____  )

19         IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20 attorney, Joshua Hill, and the defendants through their undersigned attorneys, Leo Fasen and

21 Jerry Kaplan, that the preliminary hearing or arraignment presently set for October 24, 2011, be

22 continued to November 17, 2011 at 9:30 a.m.  Defense counsel requires additional time to

23 review the produced discovery and conduct necessary investigation.  In addition, Mr. Kaplan is

24 returning from leave and unavailable for the final week of October.  The parties agree that the

25 delay is not attributable to lack of diligent preparation on the part of the attorney for the

26 government or defense counsel.  For these reasons, the parties request that time under the Speedy

27 Trial Act be excluded based on the defense's need for reasonable time necessary for effective

28 preparation, taking into account the exercise of due diligence.  Defendant also agrees to waive

STIPULATION AND [PROPOSED] ORDER
Nos. 4-11-70780/4-11-70781

1   the timing of a preliminary hearing or indictment under 18 U.S.C. § 3161(b) and Federal Rule of

2   Criminal Procedure 5.1.  The parties agree that the waiver covers all time between the date of

3   this stipulation and November 17, 2011.

4   IT IS SO STIPULATED:

5   Dated: October 19, 2011                            _____/S/_____

6                                                      JERRY KAPLAN
                                                       *Attorney for Defendant Vardanyan*

7
    Dated: October 19, 2011                            _____/S/_____

8                                                      LEO FASEN
                                                       *Attorney for Defendant Arakelyan*

9

10
    Dated: October 19, 2011                            _____/S/_____

11                                                     JOSHUA HILL
                                                       Assistant United States Attorney

12

13

14                                      **ORDER**

15          GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this

16   matter now scheduled for October 24, 2011 is hereby rescheduled for November 17, 2011 at 9:30

17   a.m.  Based upon the representation of counsel and for good cause shown, the Court also finds

18   that failing to exclude the time between October 19, 2011 and November 17, 2011 would

19   unreasonably deny the defense the reasonable time necessary for effective preparation, taking

20   into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further

21   finds that the ends of justice served by excluding the time between October 19, 2011 and

22   November 17, 2011 from computation under the Speedy Trial Act outweigh the best interests of

23   the public and the defendant in a speedy trial.  Therefore, it is hereby ordered that the time

24   between October 19, 2011 and November 17, 2011 shall be excluded from computation under

25   the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  In addition, upon consent of

26   defendant, the timing of a preliminary hearing or indictment is waived pursuant to 18 U.S.C. §

27   3161(b) and Federal Rule of Criminal Procedure 5.1.  The waiver covers all time between

28   //

STIPULATION AND [PROPOSED] ORDER
Nos. 4-11-70780/4-11-70781                    -2-

1   October 19, 2011 and November 17, 2011.  The court finds that the ends of justice served by the

2   continuance outweigh the interests of the public and the defendant, and good cause to extend the

3   time for a preliminary hearing.

4

5   DATED: October 20, 2011                                  _____

6                                                            HONORABLE LAUREL BEELER
                                                             United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
Nos. 4-11-70780/4-11-70781                -3-