LEO FASEN, ESQ. Bar. No. 53023
Leo Fasen & Associates
Attorneys at Law
9150 Wilshire Boulevard Suite 175
Beverly Hills, California 90212
lfasen@aol.com

Telephone:(310) 569-4045
Facsimile:(310) 859-7773

Attorneys for Defendant
ARMAN VARDANYAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ARMAN VARDANYAN, et al.,<br><br>Defendant. | CASE NO. 11-mj-70780<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE** |

    LEO FASEN, counsel for Defendant Arman Vardanyan, and Joshua Hill, counsel for Plaintiff United States of America, stipulate as follows:

    1. Defendant Arman Vardanyan is currently released on $100,000 signature bond and is monitored electronically. At present, Defendant is only allowed to travel within the Northern District of California and the District of Nevada, where he resides.

    2. Defendant is permitted to leave his home for attorney visits; however, attorney Leo Fasen is located in the Central District of California.

3. Due to the above factors, the parties request Defendant's pretrial release conditions be modify to permit travel to the Central District of California for the purpose of attorney visits, on the condition that he inform his pretrial services officer and/or electronic monitoring officers of his scheduled visit before hand.

So Stipulated.           Date: September 7, 2011


/s/ Leo Fasen

Leo Fasen, pro hac vice
Attorney for Defendant
Arman Vardanyan


/s/ Joshua Hill

Joshua Hill
Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>Plaintiff,<br>vs.<br>ARMAN VARDANYAN, et al.,<br>Defendant. | CASE NO. 11-mj-70780<br><br>ORDER [PROPOSED] |

Upon stipulation by the parties to modify conditions of pretrial release for defendant Arman Vardanyan, and good cause appearing,

IT IS HEREBY ORDERED that:

1. Defendant Arman Vardanyan's pretrial release conditions are modified to permit travel to the Central District of California for the purpose of attorney visits, on the condition that he inform his pretrial services officer and/or electronic monitoring officers of his scheduled visit before hand.

Date: November 14, 2011

_____
United States Magistrate Judge

1